**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: 602.262.5376
Direct Fax: 602.734.3742
Email:  sbressler@lrrc.com

**Steven J. Hulsman** (State Bar No. 010929)
Direct Dial:  602.262.5313
Direct Fax:  602.734.3769
Email:  shulsman@lrrc.com

**Nicole M. True** (State Bar No. 032576)
Direct Dial: 602.262.5389
Direct Fax: 602.748.2554
Email:  ntrue@lrrc.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Micah Etter, MD and Laura Etter, individually and on behalf of their minor child, H.E., and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Banner Health, an Arizona Corporation; Banner Plan Administration, Inc., an Arizona Corporation; and Banner Health Master Health and Welfare Benefits Plan,<br><br>Defendants. | Case No.  2:17-cv-01288-DGC<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby give notice they have settled their dispute.  The parties expect to submit a stipulation and order of dismissal with prejudice within the next 30 days.

DATED this 7th day of June, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:   *s/ Nicole True*
     Stephen M. Bressler
     Steven J. Hulsman
     Nicole M. True

*Attorneys for Defendants*

105003351_1

The foregoing e-mailed
this 17th day of June, 2018 to the following:

Andrew S. Friedman
Kimberly C. Page
Bonnett Fairbourn Friedman & Balint, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016

Anne Ronan
Arizona Center for Law In the Public Interest
514 W. Roosevelt Street
Phoenix, AZ  85003


s/ *Kathleen A. Topczewski*

105003351_1                              2