# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Micah Etter, individually and on behalf of all others similarly situated on behalf of H.E., et al., | No. CV17-1288 PHX DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Banner Health, an Arizona corporation, et al., | |
| Defendants. | |

The Court has been advised that this case has settled.  Doc. 42.

**IT IS ORDERED:**

1.      This matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2.      All pending hearings and deadlines are vacated.

3.      All pending motions are found to be moot.

4.      The Clerk is directed to **terminate** this matter on **July 13, 2018** without further leave of Court.  The Court will not grant extension to this deadline.

Dated this 14th day of June, 2018.

David G. Campbell
United States District Judge